# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION
## In Admiralty

| | |
|---|---|
| IN THE MATTER OF AMERICAN LADY CRUISES, L.L.C., AS OWNER OF THE MOTOR VESSEL M/V DUBUQUE'S AMERICAN LADY, O.N. 1029327, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Limitation Plaintiff, | Case No. 2:19-cv-01018<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* – STEVEN M. STANCLIFF** |

Steven M. Stancliff, an attorney who is not a member of the bar of this district, moves to appear in this case *pro hac vice* on behalf of Limitation Plaintiff American Lady Cruises, L.L.C., and states the following:

1. Steven M. Stancliff is a member in good standing of the bar of the United States District Court for the Eastern and Western Districts of Virginia, the Eastern District of North Carolina, and the Northern District of Ohio; that he is admitted to practice before all Virginia, North Carolina, and Ohio state trial courts; and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to attorneys admitted to practice before the state courts of Iowa in connection with his *pro hac vice* representation in this case.

2. Steven M. Stancliff further states that he will comply with the associate counsel requirements of LR 83.d.4 by associating with J. Michael Weston of Lederer Weston Craig, PLC in Cedar Rapids, Iowa, an attorney who has been admitted to the bar of this district under LR 83.b and c, and who has entered an appearance in this case on behalf of Limitation Plaintiff American Lady Cruises, L.L.C.

*The certificate of good standing required by Administrative Order No. 10-AO-4-P is attached.*

WHEREFORE, the undersigned counsel, on behalf of Limitation Plaintiff American Lady Cruises, L.L.C., requests that the court enter an order allowing Steven M. Stancliff's admission *pro hac vice* to appear on behalf of and represent Limitation Plaintiff American Lady Cruises, L.L.C. in the above-captioned matter.

**CRENSHAW, WARE & MARTIN, PLC**

Date: August 14, 2019　　　　By: */s/ Steven M. Stancliff*
　　　　　　　　　　　　　　　　Steven M. Stancliff
　　　　　　　　　　　　　　　　150 W. Main Street, Suite 1500
　　　　　　　　　　　　　　　　Norfolk, VA 23510
　　　　　　　　　　　　　　　　Telephone: (757) 623-3000
　　　　　　　　　　　　　　　　Fax:　　　(757) 623-5735
　　　　　　　　　　　　　　　　E-mail: sstancliff@cwm-law.com

**LEDERER WESTON CRAIG PLC**

By: */s/ J. Michael Weston*
　　J. Michael Weston　　AT0008405
　　118 – 3rd Avenue SE, Suite 700
　　P. O. Box 1927
　　Cedar Rapids, IA 52406-1927
　　Telephone: (319) 365-1184
　　Fax:　　　(319) 365-1186
　　E-mail: mweston@lwclawyers.com

**ATTORNEYS FOR LIMITATION PLAINTIFF AMERICAN LADY CRUISES, L.L.C.**