## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION
### In Admiralty

| | |
|---|---|
| IN THE MATTER OF AMERICAN LADY CRUISES, L.L.C. AND P.J. HOLDINGS, L.L.C., AS OWNERS OF THE MOTOR VESSEL M/V DUBUQUE'S AMERICAN LADY, O.N. 1029327, FOR EXONERATION FROM OR LIMITATION OF LIABILITY, | Case No. 2:19-cv-1018-LTS-KEM<br><br>**NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY** |
| Limitation Plaintiffs, | |

Notice is given that American Lady Cruises, L.L.C. and P.J. Holdings, L.L.C. have filed a Verified Complaint pursuant to 46 U.S.C. §§ 30501 *et seq.* claiming the right of exoneration from or limitation of liability for all claims arising out of the voyage and operations of the Motor Vessel DUBUQUES AMERICAN LADY, on or about June 15, 2019, in the vicinity of Dubuque, Iowa.

All persons having claims must file them as provided in Rule F of the Supplemental Rules for Admiralty and Maritime Claims, Federal Rules of Civil Procedure, with the Clerk of this Court, at the United States Courthouse at Cedar Rapids, Iowa, and serve on or mail to counsel for Limitation Plaintiffs, J. Michael Weston, Lederer Weston Craig PLC, 118 Third Ave SE, Suite 700, Cedar Rapids, IA 52406, a copy thereof on or before the 7th day of November, 2019, or be defaulted. Personal attendance is not required.

Any claimant desiring to contest Limitation Plaintiffs' allegations must file an Answer to the Verified Complaint as required by Rule F(5) of the Supplemental Rules for Certain Admiralty

and Maritime Claims, Federal Rules of Civil Procedure, and serve on or mail to counsel for American Lady Cruises and P.J. Holdings a copy thereof.

Dated this 4th  day of September, 2019.



ROBERT L. PHELPS, CLERK


By: ___/s/ des, Deputy Clerk_____