# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION
## In Admiralty

| | |
|---|---|
| IN THE MATTER OF AMERICAN LADY CRUISES, L.L.C. AND P.J. HOLDINGS, L.L.C., AS OWNERS OF THE MOTOR VESSEL M/V DUBUQUE'S AMERICAN LADY, O.N. 1029327, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Limitation Plaintiffs, | Case No. 2:19-cv-01018-LTS-KEM<br><br>**MOTION TO EXTEND TIME TO FILE SCHEDULING REPORT** |

American Lady Cruises, L.L.C. and P.J. Holdings, L.L.C. (collectively, "Limitation Plaintiffs"), as owners, owners *pro hac vice*, and/or charterers of the M/V DUBUQUE'S AMERICAN LADY, pursuant to LR 7, move for an extension of time to file the Scheduling Report in this matter and state as follows:

1. The Complaint in this matter was filed on August 13, 2019 (Doc. 1).

2. On August 29, 2019, the Court entered an Order (Doc. 13) granting Limitation Plaintiffs' Motion for Entry of Injunction and Notice Order (Doc. 12) filed August 28, 2019, ordering among other things, that the Clerk of Court serve the Order on all claimants known to the Petitioners ("Limitation Plaintiffs") after Limitation Plaintiffs provide the names and addresses to the Clerk.

3. On September 6, 2019, a sealed Identification of Potential Claimants was filed by the Limitation Plaintiffs (Doc. 14), disclosing one individual, who has not appeared in this case to date.

4. A Scheduling Report is due in this matter on November 12, 2019 (Docket Text 1).

1

5. Because the Scheduling Report is to be filed as a joint plan, the Limitation Plaintiffs do not yet know who will be filing claims and therefore, respectfully request a 30-day extension up to and including December 12, 2019 to submit a Scheduling Report in this matter.

6. Limitation Plaintiffs have not previously sought an extension of the Scheduling Report deadline.

7. Limitation Plaintiffs are not aware of any other deadlines currently pending.

8. No final pretrial conference or trial date has been set in this matter to date.

WHEREFORE, the Limitation Plaintiffs respectfully request that the Court grant their motion to extend and that they be given up to and including December 12, 2019 to file a Scheduling Report, and for such other relief as the court deems necessary.

**LEDERER WESTON CRAIG PLC**

By: */s/ J. Michael Weston*
    J. Michael Weston   AT0008405
    118 Third Avenue SE, Suite 700
    P.O. Box 1927
    Cedar Rapids, IA 52406-1927
    Telephone: (319) 365-1184
    Fax: (319) 365-1186
    E-mail: mweston@lwclawyers.com

-and-

Steven M. Stancliff
CRENSHAW, WARE & MARTIN, PLC
150 W. Main Street; Suite 1500
Norfolk, VA 23510
Telephone: (757) 623-3000
Fax: (757) 623-5735
sstancliff@cwm-law.com
Admitted *Pro Hac Vice*

**ATTORNEYS FOR LIMITATION PLAINTIFFS AMERICAN LADY CRUISES, L.L.C. AND P.J. HOLDINGS, L.L.C.**